Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Kirsten A. Milton, Illinois Bar No. 6286124*
Kirsten.milton@jacksonlewis.com
**JACKSON LEWIS P.C.**
150 North Michigan Avenue, Suite 2500
Chicago, IL  60601
Tel: (312) 787-4949
Fax: (312) 787-4995

*Admitted to practice *pro hac vice*
*Attorneys for Defendant Nevada Restaurant Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA C. OHANIAN, individually, | Case No. 2:16-cv-00747-RFB-CWH |
| Plaintiff, | |
| vs. | |
| NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a Nevada limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tanya C. Ohanian and Nevada Restaurant Services dba Dotty's ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Jackson Lewis P.C.
Las Vegas

1  Further, this Court shall retain jurisdiction over any disputes arising out of the court-
2  facilitated resolution of this matter.

3  Dated: September 16, 2016                    Dated: September 9th, 2016

6  /s/Lisa A. McClane
   Lisa A. McClane                              Joseph A. Gutierrez
7  Jackson Lewis P.C.                           Danielle J. Barraza
   3800 Howard Hughes Parkway, Ste. 600         Maier Gutierrez Ayon
8  Las Vegas, NV 89169                          8816 Spanish Ridge Avenue
                                                Las Vegas, Nevada 89148
9
   Attorneys for Defendant                      Attorneys for Plaintiff
10

12  **IT IS SO ORDERED.**

13  Dated this 26 day of September, 2016.

                                                _____
15                                              RICHARD F. BOULWARE, II
                                                United States District Judge

4813-2332-3703, v. 1